Summons in a Civil Action (Rev 11/97)

# United States District Court

FILED

## SOUTHERN DISTRICT OF CALIFORNIA

08 APR -9 PM 3:06

U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

Alejandro Banda, Pro se

vs

CHASE HOME FINANCE

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 646 W LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alejandro Banda, Pro se
3977 Cottonwood Street
San Diego, California state [92113]

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

APR 0 9 2008

DATE

J. HINKLE

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)