Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alejandro Banda, Pro se

vs

CHASE HOME FINANCE

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 646 W LSP

TO: (Name and Address of Defendant)

Chase Home Finance
P.O. Box 78116
Phoenix, AZ 85062-8116

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Alejandro Banda, Pro se
3977 Cottonwood Street
San Diego, California state [92113]

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

APR 0 9 2008

DATE

J. HINKLE

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Chase Home Finance
PO Box 78116
Phoenix Arizona
85062-8116

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Anman Johnson ☐ Agent ☐ Addressee

B. Received by (Printed Name) Anman Johnson C. Date of Delivery APR 1 3 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 2560 0000 6378 9389

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

PHOENIX AZ 85062

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — USPS 91910-9998 APR 11 2008 CALIFORNIA

Sent To Chase Home Finace
Street, Apt. No.; or PO Box No. PO Box 78116
City, State, ZIP+4 Phoenix Arizona 85062

PS Form 3800, August 2006 See Reverse for Instructions

7007 2560 0000 6378 9389

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

NDEX West LLC
1500 Surveyor Blvd Ste 500
Addison TX 75001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Wayne Buchanan ☐ Agent ☐ Addressee

B. Received by (Printed Name) Wayne Buchanan C. Date of Delivery

USPS ADDISON TX 75001 APR 14 2008

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label) 7007 2560 0000 0952